AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JASON MICHAEL MUSGROVE,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-008
(Formerly CR 120-012)

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 17, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, Petitioner's motion, filed pursuant to 28 U.S.C. § 2255 is dismissed, a COA in this case is denied, and Petitioner is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of the Respondent, and this civil action stands closed.



January 17, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020