IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JASON MICHAEL MUSGROVE, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | Case No.: CR 120-012 |
| ) | (CV 122-008) |
| vs. ) | |
| ) | Appeal No.: 23-10947 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |

ORDER

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___14th___ day of February 2024.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA